# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MICHAEL GEORGE SMITH,<br><br>    Plaintiff,<br><br> v.<br><br>CITY OF AUBURN,<br><br>    Defendant. | Case No. CO4-1829RSM<br><br>TAXATION OF COSTS |

  Costs in the above-entitled action are hereby taxed against DEFENDANT CITY OF AUBURN and on behalf of PLAINTIFF MICHAEL GEORGE SMITH in the amount of $310.00.

  Dated this   27th   day of FEBRUARY, 2007 .

                    _____

                    Bruce Rifkin

                    Clerk, U.S. District Court

TAXATION OF COSTS -- 1